IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:22-CV-00173-M

| | |
|---|---|
| HERMAN WILKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ORDER |
| TRANSDEV SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

This matter comes before the court on the Defendant's Motion to Enforce Settlement Agreement. DE 15. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), United States Magistrate Judge Kimberly A. Swank entered a memorandum and recommendation ("M&R"), recommending that the court grant Defendant's motion and close this case. DE 17. To date, no objections have been filed.[1]

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial*

---

[1] Judge Swank issued the M&R on January 5, 2023. Objections were due to be filed on or before January 23, 2023. *See* DE 17. The motion and M&R were submitted to this court for disposition on January 26, 2023.

*Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Defendant's motion [DE 15] is GRANTED and this action is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

SO ORDERED this 27th day of January, 2023.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE